# SPENCE LAW OFFICE, P.C.
**500 NORTH BROADWAY**
**SUITE 200**
**JERICHO, NY  11753**
**TEL:  516-336-2060  FAX:  516-605-2084**

January 4, 2013

Hon. Joseph F. Bianco
United States District Judge
100 Federal Plaza
Courtroom 920
Central Islip, New York 11722

                                              Re:    Pryor v. Santangelo
                                                        2:11-mc-00561-JFB

Dear Judge Bianco:

      We represent the Defendant in the above captioned matter.  Your Honor scheduled an oral argument for January 7, 2013 at 3:00 pm on the Defendant's motion to withdraw the reference.  The parties appear to have reached a resolution of this matter and request that the Court adjourn the oral argument for three weeks in order for an agreement to be drafted and signed.

      Thank you for the Court's consideration.

                                                    Respectfully submitted,

                                                    *s/Robert J. Spence*

                                                    Robert J. Spence

Cc:    Anthony Giuliano, Esq.